IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MARYLAND ELECTRICAL INDUSTRY HEALTH FUND, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: MJG 01 CV 2262 |
| | * | |
| BLUMENTHAL-KAHN ELECTRICAL LTD. PARTNERSHIP | * | |
| | * | |
| Defendant, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION FOR ENLARGEMENT OF TIME

The parties stipulate and agree that Defendant shall have until September 27, 2001 to file an opposition, answer or other responsive pleading.

_Corey S. Bott (MGH w/permission) 9/20/01_
James T. Kimble **Bar No. 23456**
Corey Smith Bott **Bar No. 25673**
Abato, Rubenstein & Abato, PA
809 Gleneagles Court
Suite 320
Baltimore, Maryland 21286

*Attorneys for Plaintiffs,*
*Maryland Electrical Industry Health Fund, et al.*

_____
Robert R. Bowie **Bar No. 00442**
Matthew G. Hjortsberg **Bar No. 463953**
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue
Suite 600
Baltimore, Maryland 21204

*Attorneys for Defendant,*
*Blumenthal-Kahn Electrical Limited Partnership*

**SO ORDERED** this _21st_ day of _September_, 2001.

_____
Marvin J. Garbis
U.S. District Court Judge

BOWIE & JENSEN, LLC
ATTORNEYS AT LAW
6TH FLOOR, 29 W. SUSQUEHANNA AVENUE
TOWSON, MARYLAND 21204-5274
http://www.bowie-jensen.com/
INFO@bowie-jensen.com
(410) 583-2400
Fax (410) 583-2437

E-MAIL:
GENTLE@BOWIE-JENSEN.COM

September 20, 2001

**_VIA HAND-DELIVERY_**
Civil Clerk
United States District Court for
the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

SEP 2 0 2001

    Re:    _Maryland Electrical Industry Health Fund v._
                    _Blumenthal-Kahn Electrical Ltd. Partnership_
                    Civil Action No.: MJG 01 CV 2262

Dear Clerk:

    Enclosed for filing please find the original and two copies of the Stipulation for Enlargement of Time. Kindly date stamp and return one of the copies to our office in the enclosed pre-stamped envelope.

    Feel free to contact me with any questions. Thank you for your assistance.

                                        Very truly yours,

                                        Tina R. Gentle
                                        Paralegal

Enclosure