IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MARYLAND ELECTRICAL INDUSTRY
HEALTH FUND, et al.

          Plaintiffs,

v.

BLUMENTHAL-KAHN ELECTRICAL
LTD. PARTNERSHIP

          Defendant,

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

*
*
*
*
*     Civil Action No.: MJG 01 CV 2262
*
*

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, pursuant to Rule 41 of the Fed. R. Civ. P.,

stipulate and agree that all claims contained in the Complaint in the above-referenced matter shall be

dismissed, with prejudice.

_____
James T. Kimble **Bar No. 23456**
Corey Smith Bott **Bar No. 25673**
Abato, Rubenstein & Abato, PA
809 Gleneagles Court
Suite 320
Baltimore, Maryland 21286
*Attorneys for Plaintiffs,*
*Maryland Electrical Industry Health Fund, et al.*

_____
Robert R. Bowie **Bar No. 00442**
Matthew G. Hjortsberg **Bar No. 024949**
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue
Suite 600
Baltimore, Maryland 21204
*Attorneys for Defendant,*
*Blumenthal-Kahn Electrical Limited Partnership*

**SO ORDERED** this _____ day of _____, 2002.

_____
Marvin J. Garbis
U.S. District Court Judge