IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MARYLAND ELECTRICAL INDUSTRY  *
HEALTH FUND, et al.
                              *
    Plaintiffs,
                              *
v.
                              *   Civil Action No.: MJG 01 CV 2262
BLUMENTHAL-KAHN ELECTRICAL
LTD. PARTNERSHIP              *

    Defendant,                *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

### JOINT STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, pursuant to Rule 41 of the Fed. R. Civ. P., stipulate and agree that all claims contained in the Complaint in the above-referenced matter shall be dismissed, with prejudice.

_____          _____
James T. Kimble **Bar No. 23456**         Robert R. Bowie **Bar No. 00442**
Corey Smith Bott **Bar No. 25673**        Matthew G. Hjortsberg **Bar No. 024949**
Abato, Rubenstein & Abato, PA             BOWIE & JENSEN, LLC
809 Gleneagles Court                      29 W. Susquehanna Avenue
Suite 320                                 Suite 600
Baltimore, Maryland 21286                 Baltimore, Maryland 21204
*Attorneys for Plaintiffs,*               *Attorneys for Defendant,*
*Maryland Electrical Industry Health Fund, et al.*   *Blumenthal-Kahn Electrical Limited Partnership*

**SO ORDERED** this _____ day of __December__, 2002.

_____
J. Frederick Motz
U.S. District Court Judge